JODI LINKER
Federal Public Defender
Northern District of California
KAITLYN FRYZEK
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone:  (510) 637-3500
Facsimile:   (510) 637-3507
Email:         kaitlyn_fryzek@fd.org

Counsel for Defendant Ayala Pena

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BEATRIZ AYALA PENA,<br><br>Defendant. | **Case No.:** CR 24–585 YGR (DMR)<br><br>**STIPULATION AND ORDER CONTINUING ARRAIGNMENT ON AMENDED FORM 12**<br><br>**Hearing Date:**  February 19, 2025<br>**Hearing Time:**  10:30 a.m. |

    Defendant Beatriz Ayala Pena is currently scheduled for an arraignment on an amended Form 12 on February 19, 2025, at 10:30 a.m. Ms. Ayala Pena is currently hospitalized and cannot attend court. The government and probation are aware of her current status. Accordingly, the parties stipulate and agree to continue the arraignment on the amended Form 12 to March 7, 2025, at 10:30 a.m.

|   |   |
|---|---|
| 1 |  |
| 2 |                                          IT IS SO STIPULATED. |
| 3 |  |
| 4 | Dated:      February 18, 2025 |
| 5 |                                          JODI LINKER |
| 6 |                                          Federal Public Defender<br>                                          Northern District of California |
| 7 |                                                           /S |
| 8 |                                          KAITLYN FRYZEK<br>                                          Assistant Federal Public Defender |
| 9 |  |
| 10 | Dated:      February 18, 2025 |
| 11 |                                          PATRICK D. ROBBINS |
| 12 |                                          Acting United States Attorney<br>                                          Northern District of California |
| 13 |                                                           /S |
| 14 |                                          JILLIAN HARVEY<br>                                          Assistant United States Attorney |

STIPULATION AND ORDER CONTINUING ARRAIGNMENT ON FORM 12
*AYALA PENA*, CR 24–585 YGR (DMR)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BEATRIZ AYALA PENA,<br><br>Defendant. | Case No.: CR 24–585 YGR (DMR)<br><br>**ORDER CONTINUING ARRAIGNMENT ON AMENDED FORM 12** |

Based on the parties' stipulation and information therein, the Court continues Ms. Ayala Pena's arraignment on an amended Form 12 to March 7 2025, at 10:30 a.m.

IT IS SO ORDERED.

Dated:   February 19, 2025

_____
DONNA M. RYU
Chief United States Magistrate Judge